UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DE LOS SANTOS GALVEZ et al.,

          Plaintiffs,

          -against-

JAJAJA WEST VILLAGE LLC et al.,

          Defendants.

-------------------------------------------------------------x

        25-CV-10730 (OTW)

        **ORDER**

**ONA T. WANG**, United States Magistrate Judge**:**

The parties have advised the Court that an offer of judgment has been made and that this action has settled in principle. The Second Circuit has determined that "judicial approval is not required of Rule 68(a) offers of judgment settling FLSA claims." *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019). Accordingly, it is **ORDERED** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.  To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions shall be terminated as moot, and all conferences shall be vacated. The Clerk of Court is directed to close the case.

        **SO ORDERED.**

                            *s/ Ona T. Wang*

Dated: April 29, 2026                **Ona T. Wang**
       New York, New York          United States Magistrate Judge